■ RAY BERNSTEIN, Respondent, v. ABRAHAM BERNSTEIN, Appellant.— Appeal from an order of the Domestic Relations Court of the City of New York, Family Court Division, Kings County, made after trial, directing appellant to pay $85 a month for the support of respondent on "means basis". Appellant's principal contention is that the Domestic Relations Court lacked jurisdiction because the marriage of the parties had been

dissolved by a Florida decree of divorce, obtained by him in 1938. The Domestic Relations Court found that appellant's "residence" in Florida was insufficient to establish the requisite change of his domicile so as to accord jurisdiction to the Florida tribunal. Order unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.